IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

Civil Action No.

4:25CV54 - AW)MJF

TASH JERNAZIAN

Plaintiff,

v.

BROWARD COUNTY JAIL

CULMER OVERTOWN BRANCH LIBRARY

PRINCH

MIAMI-DADE LIBRARY SYSTEMS

OFFICE OF THE INSPECTOR GENERAL

ALLAPATTAH SOCIAL SECURITY OFFICE

BROWARD COUNTY

SOCIAL SECURITY ADMINISTRATION

FLORIDA ATTORNEY GENERALS OFFICE

FILED USDC FLND TL
FEB 7 '25 PM 2:59

 BROWARD SHERIFFS OFFICE _____,

 MIAMI-DADE COUNTY ATTORNEYS OFFICE _____,

 BROWARD TRANSIT _____,

 FLORIDA CIVIL RIGHTS OFFICE _____,

 MIAMI-DADE COUNTY _____,

 FLORIDA DEPARTMENT OF FINANCIAL SERVICES _____,

 MOUNT SINAI HOSPITAL _____,

 HALLANDALE BEACH POLICE DEPARTMNENT _____,

 OFFICE OF SPECIAL COUNSEL _____,

 CITY OF MIAMI BEACH _____,

 FLORIDA GOVERNORS OFFICE _____,

 AMERICAN CORRECTIONAL ASSOCIATION _____,

 NANAS PRESCHOOL _____,

 DADE CIVIL RIGHTS OFFICE _____,

 SOUTH SHORE BRANCH LIBRARY _____,

 MIAMI-DADE COUNTY OFFICE OF THE INSPECTOR GENERAL _____,

 LITTLE HAITI SOCIAL SECURITY OFFICE _____,

 SOUTH FLORIDA REGIONAL TRANSPORTATION AUTHORITY _____

,

Defendants.

**PARTIES**

LAKE LEWISVILLE LAW FIRM

ATTN: TASH JERNAZIAN

12255 N.E. 16TH AVENUE

NORTH MIAMI, FL 33161

2

BROWARD COUNTY JAIL

1351 N.W. 27TH AVENUE

POMPANO BEACH, FL 33069

CULMER OVERTOWN BRANCH LIBRARY

350 N.W. 13TH STREET

MIAMI, FL 33136

PRINCH

101 W. FLAGLER STREET

MIAMI, FL 33130

MIAMI-DADE PUBLIC LIBRARY SYSTEMS

101 W. FLAGLER STREET

MIAMI, FL 33130

OFFICE OF THE INSPECTOR GENERAL

ATTN; OFFICE OF COUNSEL TO THE INSPECTOR GENERAL

COHEN BUILDING; ROOM 5276

330 INDEPENDENCE AVENUE

WASHINGTON, DC 20201

ALLAPATTAH SOCIAL SECURITY OFFICE

1251 N.W. 36TH STREET

MIAMI, FL 33142

BROWARD COUNTY

201 S.E. 6TH STREET

FORT LAUDERDALE, FL 33301

SOCIAL SECURITY ADMINISTRATION

(1100 WEST HIGH RISE)

6401 SECURITY BOULEVARD

BALTIMORE, MD 21235

FLORIDA ATTORNEY GENERALS OFFICE

107 W. GAINES STREET

TALLAHASSEE, FL 32301

BROWARD SHERIFFS OFFICE

2601 W. BROWARD BOULEVARD

FORT LAUDERDALE, FL 33312

3

BROWARD TRANSIT

4

1 N. UNIVERSITY DRIVE

PLANTATION, FL 33324


FLORIDA CIVIL RIGHTS OFFICE

2415 NORTH MONROE STREET

SUITE 400

TALLAHASSEE, FL 32303-4190


MIAMI-DADE COUNTY

111 N.W. 1ST STREET

SUITE 2810

MIAMI, FL 33128


FLORIDA DEPARTMENT OF FINANCIAL SERVICES

200 EAST GAINES STREET

TALLAHASSEE, FL 32399-0322


MOUNT SINAI HOSPITAL

4300 ALTON ROAD

MIAMI BEACH, FL 33140


HALLANDALE BEACH POLICE DEPARTMENT

400 S. FEDERAL HIGHWAY

HALLANDALE BEACH, FL 33009

OFFICE OF SPECIAL COUNSEL

1730 M STREET N.W.

SUITE 218

WASHINGTON, DC 20036-4505


CITY OF MIAMI BEACH

1700 CONVENTION CENTER DRIVE

MIAMI BEACH, FL 33139


FLORIDA GOVERNORS OFFICE

400 S. MONROE STREET

TALLAHASSEE, FL 32399


AMERICAN CORRECTIONAL ASSOCIATION

206 N. WASHINGTON STREET

SUITE 200

ALEXANDRIA, VA 22314


NANAS PRESCHOOL

704 E. HALLANDALE BEACH BLVD.

HALLANDALE BEACH, FL 33009


DADE CIVIL RIGHTS OFFICE

155 N.E. 15TH AVENUE

SUITE P104E

MIAMI, FL 33132


SOUTH SHORE BRANCH LIBRARY

131 ALTON ROAD

MIAMI BEACH, FL 33139


MIAMI-DADE COUNTY OFFICE OF THE INSPECTOR GENERAL

601 N.W. 1ST COURT

TRANSIT VILLAGE SOUTH TOWER

22ND FLOOR

MIAMI, FL 33136


LITTLE HAITI SOCIAL SECURITY OFFICE

8345 BISCAYNE BOULEVARD

MIAMI, FL 33138


SOUTH FLORIDA REGIONAL TRANSPORTATION AUTHORITY

3861 N.W. 21ST STREET

MIAMI, FL 33142

## COMPLAINT

### (for violation of Civil Rights Act of 1966)

## A. NATURE OF ALLEGATIONS

Plaintiff claims the nature of the lawsuit is identity theft, fraud, discrimination, entrapment, abuse, lawsuit retaliation, civil rights violations.

**B.    CLAIM ONE**

Plaintiff claims, BROWARD COUNTY JAIL, stole his identity, and used it to commit criminal taxpayer fraud against the federal government.

**C.    CLAIM TWO**

Plaintiff claims, BROWARD COUNTY JAIL, stole his identity, and used it to commit criminal taxpayer fraud against the state government, specifically State of Florida.

**D.    CLAIM THREE**

Plaintiff claims, BROWARD COUNTY JAIL, stole his identity, and used it to commit criminal taxpayer fraud against the Broward County taxpayers.

**E.    CLAIM FOUR**

Plaintiff claims, BROWARD COUNTY JAIL, detained him on a civil matter, in violation of his *U.S. Constitutional* rights.

**F.    CLAIM FIVE**

Plaintiff claims, CULMER OVERTOWN BRANCH LIBRARY, staff member collected information from private database they had access to, namely a real persons email address from Princh. They then used this unauthorized data collected in violation of Princh license agreement, and transfered that real email address into Miami-Dade Public Library Systems. Staff member than used information to identify, harass, and discriminate against a protected party domestic violence victim. This harassment against plaintiff occured, both by them-self and via instructions to another staff member, in violation of plaintiff U.S. Constitutional rights.

6

**E.    CLAIM SIX**

Plaintiff claims, CULMER OVERTOWN BRANCH LIBRARY, same unhappy woman staff member, on later date continued via gender discrimination, by talking to plaintiff like they were doing something wrong by coming in only to print a lawsuit. This unhappy woman abused their power in order to commit gender discrimination, when they told plaintiff they need to stand outside of the building from now on, and to call inside.

**CLAIM SEVEN**

Plaintiff claims, PRINCH, a corporate cloud printing tool, was used to identify a protected party, and that information left the corporation access-control-system in violation of license agreement with Miami-Dade Public Library System.

9

### CLAIM EIGHT

Plaintiff claims, MIAMI-DADE PUBLIC LIBRARY SYSTEM, violated plaintiff right to use facilities their *U.S. Constitutional Rights* were violated as a result.

### CLAIM NINE

Plaintiff claims, OFFICE OF THE INSPECTOR GENERAL, was informed of Broward County Jail fraud occurring, and plaintiff told them one year ago approximatelty, that if they do not prosecute the matter, that their office would be sued. Plaintiff wants defendant to furnish their internal file and conclusion to the jury, including the actual dates the paperwork investigation occurred.

### CLAIM TEN

Plaintiff claims, ALLAPATTAH SOCIAL SECURITY OFFICE, violated plaintiffs rights when they illegally blocked access to their money without first conducting an investigation.

7

### CLAIM ELEVEN

Plaintiff claims, BROWARD COUNTY, violated plaintiffs rights when they used their identity to illegally collect tax revenue for the county.

### CLAIM TWLEVE

Plaintiff claims, SOCIAL SECURITY ADMINISTRATION, violated plaintiff's right to access new incoming funds while they were a "free persons" being illegally detained in Broward County Jail for a civil matter in violation of their *U.S. Constitutional* rights.

### K.    CLAIM THIRTEEN

10

Plaintiff claims, SOCIAL SECURITY ADMINISTRATION, entrapped plaintiff on a civil matter in Broward County Jail in violation of their U.S. Constitutional rights. This entrapment in jail over a civil matter, prevented them from being able to making bail.

### CLAIM FOURTEEN

Plaintiff claims, FLORIDA ATTORNEY GENERALS OFFICE, selectively and discriminatory prosecutes matters. As result plaintiff alleges discrimination against themself, and that their *U.S. Constitutional Rights* were violated as a result, and could be violated again.

### CLAIM FIFTEEN

Plaintiff claims, BROWARD SHERIFFS OFFICE, high rank jail staff tried to intimidate plaintiff and make them look like a "snitch" in jail day room around other inmates after a legitimate PREA-related issue arose. Defendant then concealed the report and/or never actually investigated anything, and refused to bring Plaintiff into an office. Plaintiff claims their *U.S. Constitutional Rights* were violated as result of the inmate-on-inmate life endangerment situation they purposefully caused, and which had nothing to do with the complaint they were trying to file.

### CLAIM SIXTEEN

8

Plaintiff claims, BROWARD TRANSIT, by procedure, denied plaintiff's ability to use public transit post-jail release. Plaintiff claims this is a tax-payer funded service and that transit failed to provide vouchers to inmates post-release. Walking vast distances with no water, violated plaintiffs *U.S. Constitutional* rights.

### CLAIM SEVENTEEN

Plaintiff claims, FLORIDA CIVIL RIGHTS OFFICE, collected tax dollars, yet failed to render meaningful services in terms of civil rights of residents of the State of Florida. Plaintiff claims

11

their *U.S. Constitutional* Rights were violated as a result.

### CLAIM EIGHTEEN

Plaintiff claims, MIAMI-DADE COUNTY, violated plaintiff's *U.S. Constitutional Rights* when government services and government tax dollars were utilized to violate the rights of a protected partty.

### CLAIM NINETEEN

Plaintiff claims, FLORIDA DEPARTMENT OF FINANCIAL SERVICES, never investigated the Broward County Jail tax-payer fraud scheme after it was officially filed by plaintiff to the United States Inspector Generals Office. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

### CLAIM TWENTY

Plaintiff claims, MOUNT SINAI HOSPITAL, illegally detained him under Brady Act. Plaintiff claims they were entrapped in a domestic violence scheme prior to entrance of hospital via bond-money paying party demands. Their *U.S. Constitutional Rights* were violated as a result. Plaintiff made clear at front desk that they were entering on voluntary mental health, and yet still involuntarily detained him. Their U.S. Constitutional Rights were violated as a result. This is not a doctor allegation at this time, but a hospital allegation.

### Q.    CLAIM TWENTY-ONE

Plaintiff claims, BROWARD COUNTY JAIL, had him entrapped upon release for civil matters. Plaintiff furthermore alleges, defendant unknowingly but should have known as they failed to investigate complaint, had plaintiff engaged in a domestic violence entrapment scheme.

**Q.    CLAIM TWENTY-TWO**

Plaintiff claims, BROWARD COUNTY JAIL, stole every dollar he came in with leaving him unable to pay for transportation or water upon release. They left him in debt to domestic violence party who violated his *U.S. Constitutional* rights.

**CLAIM TWENTY-THREE**

Plaintiff claims, HALLANDALE BEACH POLICE DEPARTMENT, placed their money in a machine after they stated "do not put my money in the machine, I want my money placed in property". Arresting officer claimed it was policy and that they had to. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

**CLAIM TWENTY-FOUR**

Plaintiff claims, OFFICE OF SPECIAL COUNSEL, prosecutes government corruption, yet they have to casefile on the Broward County Jail incident officially reported to United States Inspector Generals Office. Plaintiff claims this office collects tax dollars, and those tax dollars were used to violated their rights and not to protect them, this lack of prosecution was a violation of their *U.S. Constitutional Rights* were violated as a result. Plaintiff wants defendant to furnish their case-file records at trial for the jury.

**CLAIM TWENTY-FIVE**

Plaintiff claims, CITY OF MIAMI BEACH, to trespass orders are legally unsound. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

**CLAIM TWENTY-SIX**

Plaintiff claims, MIAMI-DADE PUBLIC LIBRARY SYSTEMS, has them at risk of arrest by

Miami Beach Police Department as they are "supposedly" committing criminal acts by typing this lawsuit in North Shore Branch Library. Furthermore, the printer is broken in the branch, and plaintiff will be entering a second branch today, creating more "supposed" criminal acts that are "supposedly" jailable. Plaintiff claims their U.S. Constitutional Rights are currently being violated as a result.

### CLAIM TWENTY-SEVEN

Plaintiff claims, FLORIDA GOVERNORS OFFICE, unlawfully used the 'Brady Act' against him. Plaintiff claims their U.S. Constitutional Rights were violated as a result.

### CLAIM TWENTY-EIGHT

Plaintiff claims, AMERICAN CORRECTIONAL ASSOCIATION, gave accreditation to a jail that should not have been accredited. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result of the lack of reforms, and the abuse they suffered from their false accredidation.

### CLAIM TWENTY-NINE

Plaintiff claims, NANAS PRESCHOOL, caused their identity to be stolen when their security, in an act of racial discrimination, made criminal allegations on a 911 call, that they knew were false as they had already spoken to plaintiff and knew civil matters were transpiring. Plaintiff then denied they even have security, and pretending like they did not understand English while responding in Spanish. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

### CLAIM THIRTY

Plaintiff claims, DADE CIVIL RIGHTS OFFICE, had jurisdiction over Miami-Dade County Attorney's Office when they fenced over his mailbox and which caused a criminal complaint by random rich prick from midtown walking by with girlfriend whom looked at him with despise as

they witnessed his supposed "criminal activities" as plaintiff [allegedly] sawed down the fence blocking their mailbox. This lawsuit retaliation, was under jurisdiction of defendant, and plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

### CLAIM THIRTY-ONE

Plaintiff claims, SOUTH SHORE BRANCH LIBRARY, fabricated paperwork as an act of discrimination, in order to extend a no trespass order, and for that order to include their branch, which they knew it did not. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

### CLAIM THIRTY-TWO

Plaintiff claims, MIAMI-DADE COUNTY OFFICE OF THE INSPECTOR GENERAL, is the local office that should have been investigating the complaint official complaint filed against Broward County Jail. Plaintiff claims this office had local jurisdiction and collected tax dollars for that purpose, yet did nothing. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result. Plaintiff wants defendant to furnish their case-file records at trial for the jury, including evidence of dates of paperwork.

### CLAIM THIRTY-THREE

Plaintiff claims, LITTLE HAITI SOCIAL SECURITY OFFICE, tried to make them "their bitch" , and investigative arm of Social Security Administration (fraud unit) by forcing them to collect paperwork from Broward County Jail (which they had no way of getting to) as their money was confiscated by Broward County Jail and their monthly payments were illegally being withheld by defendant. Plaintiff claims discrimination, and unlawful policy. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

**CLAIM THIRTY-FOUR**

Plaintiff claims, SOUTH FLORIDA REGIONAL TRANSPORTATION AUTHORITY, is taxpayer funded, yet denied him services as an act of discrimination (by policy). Plaintiff claims leaving Broward County Jail and returning to (to collect paperwork), cost him money he did not have due to entrapment. Plaintiff claims their *U.S. Constitutional Rights* were violated as a result.

**C.    ADDITIONAL CLAIMS**

Additional parties and additional claims may be added to this lawsuit as addendum.

**D.    REQUEST FOR RELIEF**

Plaintiff requests a trial by jury. Plaintiff reserves right trial by judge (bench trial). Plaintiff is requesting a $925,000 Thousand U.S. Dollar per claim in punitive damages.

**E.    PLAINTIFF'S SIGNATURE**

(Plaintiff signature)

_____January 28, 2025

(Date)

16

Filed in courthouse:

U.S. Federal Courthouse – Northern Florida

attn: clerk of the courts

110 E. Park Avenue

Suite 100

Tallahassee, FL 32301