## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**TASH JERNAZIAN,**

    **Plaintiff,**

**v.**                                                  **Case No. 4:25-cv-54-AW-MJF**

**BROWARD COUNTY JAIL, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff has not complied with court orders or the local rules. He has not paid the filing fee. He has not prosecuted his case. And he has not objected to the magistrate judge's report and recommendation (ECF No. 7), which recommends dismissal on these bases. It appears Plaintiff has abandoned his case.[1]

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on May 14, 2025.

                            *s/ Allen Winsor*_____
                            United States District Judge

_____

[1] I note that the report and recommendation was returned as undelivered. ECF No. 8. It was Plaintiff's responsibility to keep the clerk apprised of his address and to monitor the court's docket.