IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TASH JERNAZIAN,**

    **Plaintiff,**

**v.**                                                                                       **Case No. 4:25-cv-54-AW-MJF**

**BROWARD COUNTY JAIL, et al.,**

    **Defendants.**

_____/

## FINAL ORDER

The court adopted the magistrate judge's report and recommendation and entered judgment. ECF Nos. 9, 10. It then vacated the judgment after learning that prior orders had been mailed to Plaintiff's wrong address. ECF No. 11. The court directed the clerk to send a copy of the report and recommendation to Plaintiff at the correct address. *Id*. The court then set a new deadline for Plaintiff to submit any objection to the report and recommendation. *Id*. That deadline has now passed with no objection filed.

As before, I note that it appears Plaintiff has abandoned the case. Plaintiff has not objected the report and recommendation and has taken no other action to advance the case. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

1

SO ORDERED on July 1, 2025.

                                                      s/ *Allen Winsor*
                                                     Chief United States District Judge